# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,<br><br>                        Debtors.[1] | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| Yellow Corporation,<br><br>                        Plaintiff,<br><br>vs.<br><br>EAB Global, Inc.,<br><br>                        Defendant. | Adv. No. 25-51319 |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirety with prejudice. An answer has not been filed.

Dated: November 13, 2025        **PACHULSKI STANG ZIEHL & JONES LLP**

                                         */s/ Peter J. Keane*
                                         Laura Davis Jones (DE Bar No. 2436)
                                         Timothy P. Cairns (DE Bar No. 4228)
                                         Peter J. Keane (DE Bar No. 5503)
                                         Edward Corma (DE Bar No. 6718)
                                         919 North Market Street, 17th Floor
                                         Wilmington, DE 19801
                                         Telephone: (302) 652-4100
                                         Email: ljones@pszjlaw.com
                                         tcairns@pszjlaw.com
                                         pkeane@pszjlaw.com
                                         ecorma@pszjlaw.com

                                         *-and-*

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq. MN SBN 0266292
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3863
Email: jsteinfeld@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Fl.
New York, NY  10165
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Plaintiff*