## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*, | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| Yellow Corporation, | |
| Plaintiff, | |
| vs. | Adv. No. 25-51319 |
| EAB Global, Inc., | |
| Defendant. | |

## <u>CERTIFICATE OF SERVICE</u>

I, Jean Esslinger, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this ***Notice of Dismissal of Adversary Proceeding*** was made on November 13, 2025, via

| X | Electronic mail, addressed to: |
|---|---|

<u>Counsel for Defendant</u>
Anne C. Krache, Esq.
SHOOK, HARDY & BACON L.L.P.
Email: akrache@shb.com

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 13, 2025          */s/ Jean Esslinger*
                                   Jean Esslinger
                                   ASK LLP
                                   2600 Eagan Woods Drive, Suite 400
                                   Saint Paul, MN 55121